IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BOBBY SHANE SINGLETON, AIS #289907,  )
)
             Plaintiff,            )
)
vs.                            )    CASE NO. 2:14cv-839-WHA
)
ROBERT BENTLEY, et al.,     )           (WO)
)
             Defendants.     )

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Bobby

Shane Singleton, and this case is DISMISSED without prejudice.

DONE this 28th day of October, 2014.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE